**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 02-6060**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

KYLE ANTON DAVIS,

Defendant - Appellant.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, District Judge.  (CR-95-122, CA-00-410)

───────────

Submitted:  April 3, 2002          Decided:  April 16, 2002

───────────

Before LUTTIG and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Kyle Anton Davis, Appellant Pro Se.  N. George Metcalf, Assistant United States Attorney, Richmond, Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kyle Anton Davis seeks to appeal the district court's orders: (1) dismissing his 28 U.S.C.A. § 2255 (West Supp. 2001) motion; (2) denying his motion for summary judgment and motion for reconsideration; and (3) denying his motion alleging bias pursuant to 28 U.S.C. § 144 (1994). We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Davis, Nos. CR-95-122; CA-00-410 (E.D. Va. Oct. 29, Dec. 1 & Dec. 10, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED